# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY DURRELL KIRK,<br><br>             Petitioner,<br><br>      v.<br><br>JOHN MARSHALL,<br><br>             Respondent.           / | CV F   06-0673 OWW SMS HC<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR RESPONDENT'S FAILURE TO COMPLY WITH COURT ORDER<br><br>[Doc. 6] |

   Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

   Petitioner filed the petition for writ of habeas corpus on June 1, 2006.  By order of July 18, 2006, the court directed Respondent to file a response within ninety days from the date of service of that order. (Court Doc. 6.)  The order was electronically served on Respondent on the same day. (Id.)  Over ninety days have passed and Respondent has failed to file a response.

   Local Rule 11-110 provides that "a failure of counsel or of a party to comply with these Local Rules or with any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court."

///
///
///
///

Accordingly, it is HEREBY ORDERED within twenty (20) days of service of this order, to SHOW CAUSE why appropriate sanctions should not be imposed for failing to obey a court order.

IT IS SO ORDERED.

**Dated:    November 6, 2006**                        /s/ Sandra M. Snyder
icido3                                              UNITED STATES MAGISTRATE JUDGE