1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9  RODNEY DURRELL KIRK,                    CV F   06-0673 OWW SMS HC

10                    Petitioner,          ORDER DIRECTING CLERK OF COURT TO
                                           RE-SERVE ORDER TO SHOW CAUSE
11       v.                                ISSUED NOVEMBER 6, 2006 AND DENYING
                                           PETITIONER'S MOTION FOR DEFAULT
12  JOHN MARSHALL,                         JUDGMENT

13                    Respondent.          [Docs. 7, 8]

14  _____ /

15
16       Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

17  pursuant to 28 U.S.C. § 2254.

18       Petitioner filed the instant petition for writ of habeas corpus on June 1, 2006. (Court Doc.

19  1.)  By order of July 18, 2006, the Court directed Respondent to submit a response to the

20  petition. (Court Doc. 6.)  Respondent failed to respond to the Court's order.  Therefore, on

21  November 6, 2006, the Court issued an order to show cause why sanctions should not be

22  imposed for failing to comply with the Court's order.  (Court Doc. 7.)  Respondent failed to

23  respond to Court's order.

24       On November 27, 2006, Petitioner filed a motion for default judgment and motion to

25  appoint counsel.[1]  (Court Docs. 8, 9.)

26       A review of the Court's docket indicates that Respondent was inadvertently not

27  electronically served with the Court's November 6, 2006, order to show cause.  Therefore,

28
_____

   [1]  In an separate order, the Court is resolving Petitioner's motion for appointment of counsel.

1   because Respondent never received the Court's order, Respondent cannot be in default, and

2   Petitioner's motion for entry of default must be denied.  The Court will direct the Clerk of Court

3   to re-serve the Court's November 6, 2006, on Respondent re-setting the deadline for filing a

4   response.

5            Based on the foregoing, it is HEREBY ORDERED that:

6        1.      Petitioner's motion for entry of default is DENIED; and

7        2.      The Clerk of Court is directed to re-serve the Court's November 6, 2006, on

8                Respondent.

9   IT IS SO ORDERED.

10  **Dated:    December 12, 2006**                         **/s/ Sandra M. Snyder**
    icido3                                         UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2