# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY DURRELL KIRK,<br><br>        Petitioner,<br><br>   v.<br><br>JOHN MARSHALL,<br><br>        Respondent.              / | CV F   06-0673 OWW SMS HC<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND DIRECTING RESPONDENT TO SUBMIT A RESPONSIVE PLEADING TO THE PETITION WITHIN NINETY DAYS FROM THE DATE OF SERVICE OF THIS ORDER<br><br>[Docs. 7, 15] |

     Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

     On July 18, 2006, the Court issued an order directing Respondent to submit a responsive pleading within ninety days from the date of service of that order. (Court Doc. 6.) Respondent failed to respond or comply with the Court's order. Therefore, on November 6, 2006, the Court issued an order to show cause why sanctions should not be imposed. (Court Doc. 7.) The Court inadvertently did not electronically serve Respondent with the order to show cause; therefore, the Clerk of Court re-served the order on December 13, 2006. (Court Docs. 11, 13.)

     On December 20, 2006, Respondent filed a response to the Court's order to show cause. (Court Doc. 15.) Respondent submits that "in July 2006, electronic orders issued by this Court in cases assigned to the Sacramento Appeals, Writs and Trials section of the California Attorney General's Office, Sacramento (AWT) were received by Senior Assistant Attorney General Jo Graves, her secretary Marianne Perez, federal habeas Senior Legal Analyst Donise Smitham, the

docketing unit and the Electronic Case Coordinator." (Court Doc. 15, at 2.) Respondent states that there is no record that AWT ever received this Court's July 18, 2006, order to respond.[1] Therefore, because there was no intentional failure to respond to the Court's order, the order to show cause should be vacated.

Based on Respondent's counsel representation that there is no record of service of the Court's order and therefore there was no intentional failure to respond to the Court's order, the Court will discharge the order to show cause.

Accordingly, it is HEREBY ORDERED that:

1. The order to show cause, issued November 6, 2006, is DISCHARGED and VACATED;

2. The briefing order as set forth in the Court's July 18, 2006, shall be effective as of the date of service of the instant order. All provisions set forth in the July 18, 2006, remain in full force and effect.

IT IS SO ORDERED.

**Dated:   January 10, 2007**            /s/ Sandra M. Snyder
icido3                                    UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that although the order to show, filed November 6, 2006, was not electronically served by the Clerk of the Court, the Court's initial July 18, 2006, order to respond was adequately served on Respondent. (Court Doc. 6.) Specially, Jo Graves, Marianne Perez, and docketing at AWT, received electronic service of the Court's July 18, 2006, order. (Id.)